**Reginald Keith GARRISON,
Plaintiff–Appellant,**

v.

**John H. THOMAS, Deputy Director;
Kulon Willis, Contract Monitor; Ronald Angelone, Director, Virginia Department of Corrections; Edward C.
Morris, Deputy Director, Virginia Department of Corrections; Eddie Lee
Pearson, Warden, Sussex II State
Prison; David B. Evertt, Assistant
Warden of Operations and Support,
Sussex II State Prison; E.T. Turner,
Unit Manager, Sussex II State Prison;
Lieutenant Clintscale, Sussex II State
Prison, Defendants–Appellees,**

and

**District of Columbia Department of
Corrections; Elwood York, Director
of External Confinement; Odie Washington, Director, D.C. Department of
Corrections, Defendants.**

No. 02–6503.

United States Court of Appeals,
Fourth Circuit.

Submitted May 16, 2002.

Decided May 28, 2002.

Reginald Keith Garrison, Appellant Pro
Se. Christopher Garrett Hill, Office of the

Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Reginald Keith Garrison appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Garrison v. Thomas,* No. CA–01–816 (E.D. Va. filed Mar. 11, 2002; entered Mar. 12, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*